FILED

AUG 29 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| La Twon R. WEAVER,<br><br>        Petitioner,<br><br>    v.<br><br>Kevin CHAPPELL, Acting Warden<br>of San Quentin State Prison,<br><br>        Respondent. | Case Number 3-12-cv-4514-SI<br><br>DEATH-PENALTY CASE<br><br>ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA |

Petitioner was convicted and sentenced to death in San Diego Superior Court. *People v. Weaver*, 273 P.3d 546 (Cal. 2012). This capital habeas action therefore should be heard in the Southern District of California. N.D. Cal. Habeas L.R. 2254-22(a); S.D. Cal. Civ. L.R. HC.3(f). Accordingly, this action is hereby transferred to the District Court for the Southern District of California. "The Clerk immediately shall advise the Clerk of Court" of the Southern District. N.D. Cal. Habeas L.R. 2254-22(c).

*It is so ordered.*

DATED: August 29, 2012

SUSAN ILLSTON
United States District Judge

Case No. 3-12-cv-4514-SI
ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(DPSAGOK)